IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-CR-00003-RJC-DSC

| USA, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| RICARDO PENA-CARTANIETO (18) | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to Dismiss, (Doc. No. 738), the Indictment, (Doc. Nos. 188, 289, 341, 369), without prejudice, as to the above-named defendant who has never appeared in court.

**IT IS, THEREFORE, ORDERED** that the Government's motion, (Doc. No. 738), is **GRANTED** and the Indictment, (Doc. Nos. 188, 289, 341, 369), is **DISMISSED** without prejudice, as to Ricardo Pena-Cartanieto.

Signed: October 30, 2019

Robert J. Conrad, Jr.
United States District Judge